UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DEMARCUS GREELY,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**Possession of a Machinegun**

On or about June 12, 2022, in Berrien County, in the Southern Division of the Western District of Michigan, the defendant,

DEMARCUS GREELY,

knowingly possessed a firearm, knowing it was a machinegun, namely a Polymer P80 pistol affixed with a conversion device.

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 921(a)(23)
26 U.S.C. § 5845(b)

**FORFEITURE ALLEGATION**

The allegations in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Upon conviction of the offense set forth in this Indictment,

DEMARCUS GREELY

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Polymer P80 pistol, without a serial number, with a conversion device affixed to it.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

MARK A. TOTTEN
United States Attorney

_____
GRAND JURY FOREPERSON

_____
PATRICK J. CASTLE
Assistant United States Attorney